Western Engineering Co., Appellee, v. Miller-Connell Manufacturing Company, Appellant.

Gen. No. 42,811.

Heard in the

220

third division, first district, this court at the October term, 1943; opinion filed November 7, 1945; released for publication November 27, 1945. Bernard Brown, for appellant; William A. Goldman, of counsel; Morris Spector and David F. Dockman, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

